UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLOTTE S. TULL,

       Plaintiff,                          Case no. 13-14985
                                              Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

     Before the court is a report and recommendation filed on January 30, 2015 by Magistrate Judge Patricia T. Morris. No objections have been filed by the parties. The court having conducted a thorough review of the entire file;

     IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

                                                   s/John Corbett O'Meara
                                                   United States District Judge

Date: February 20, 2015

     I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, February 20, 2015, using the ECF system.

                                    s/William Barkholz
                                    Case Manager